## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, SAM MOSINIAK, Special Agent, Federal Bureau of Investigation, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed since July of 2019. Prior to being a Special Agent I was a Federal Agent for the United States Border Patrol for approximately 3 years. I am currently assigned to the Hispanic Gangs Task Force, which investigates Hispanic gangs, violent crime, and drug activity in Chicago, Illinois, focusing on acts perpetrated by Hispanic gangs. During my time as a Special Agent, I have been involved in investigating narcotics distribution and criminal gang activity. My duties include the investigation of violations of federal law. I have participated in multiple drug related investigations, arrests, and interviews of subjects who have violated federal law. I have participated in the investigation of violent and gang-related crimes, to include drug and firearms offenses. I have investigated and participated in cases involving persons violating the Federal firearms and narcotics laws, and individuals violating the racketeering laws. Through my training and experience, I have also become familiar with the methods used by gang members to coordinate and conduct firearm and gang-related activities. Gang members frequently use telephone and social media to coordinate and conduct firearm and gang-related activities.

2. Your affiant states that the facts which establish the probable cause necessary for issuance of the criminal complaint are either personally known to me or have been told to me directly by other law enforcement officers with whom I have worked on this case.

## SUMMARY OF PROBABLE CAUSE

3. On June 19, 2019, a federal grand jury in Hammond, Indiana, returned a fifty-seven page fourth superseding indictment against seventeen defendants in *United States v. Manuel Diaz, et al*, 2:17 CR 138 (herein after *U.S. v. Diaz, et al*). This superseding indictment charged Manuel Diaz, Eduardo Diaz-Corral, Ralph Mendez, Jr., Joseph Roggenkamp, Gustavo Colunga, Joshua Harris-White, Luis Colunga, Ralph Daniel Mendez, Javier Aguilera, Jonathan Arevalo, Nico Mata, Alec Aguilar, Justin Anaya, Keenan Seymour, David White, Tiffany Barragan, and Angelina Vilella with conspiracy to participate in racketeering activity as members or associates of the Latin Dragon Nation street gang (RICO Conspiracy), in violation of Title 18 U.S.C. § 1962(d), and it detailed the Latin Dragon Nation's involvement in murders, attempted murders, aggravated assaults, drug dealing, bank fraud, theft of stolen vehicles, and, notably, witness tampering. In addition, multiple defendants were charged substantively with murder as follows: 1) Defendant Eduardo Diaz-Corral was charged with murder in aid of racketeering for the November 2016 murder of Paul Cruz; 2) Defendant

2

Ralph Mendez, Jr., was charged with murder in aid of racketeering for the May 2017 murder of Jose Gomez; 3) Defendants Ralph Mendez, Jr., and David White were charged with murder in aid of racketeering for the July 2017 murder of Mike Whitford; and 4) Manuel Diaz was charged with the September 2017 murder in aid of racketeering of Charles Berrios. The case was filed in the Northern District of Indiana, Hammond Division, and is being presided over by Honorable Magistrate Judge John E. Martin and U.S. District Judge Philip P. Simon. In September 2019, the Court set Defendants Manuel Diaz, Joseph Roggenkamp, Gustavo Colunga, Joshua Harris-White, and Luis Colunga for trial on May 11, 2020. The Court set the remaining defendants for trial on June 15, 2020. Between the return of the fourth superseding indictment and the below described events of February 17 and 18, 2020, numerous defendants pled guilty, leaving Manuel Diaz set for trial in May 2020 and Ralph Mendez, Jr., Ralph Daniel Mendez, Jonathan Arevalo, Alec Aguilar, Justin Anaya, Keenan Seymour, David White, Tiffany Barragan, and Angelina Vilella set for trial in June 2020.[1]

4. Janette INGRAM, formerly known as Janette Arevalo-Lopez, recently changed her name to Janette INGRAM. INGRAM is the sister of

---

[1] On February 21, 2020, a fifth superseding indictment was returned against Manuel Diaz, Ralph Mendez, Jr., Ralph Daniel Mendez, Jonathan Arevalo, Alec Aguilar, Justin Anaya, Keenan Seymour, David White, Tiffany Barragan, and Angelina Vilella. On March 4, 2020, Manuel Diaz pled guilty before Magistrate Judge Martin pursuant to a written plea agreement filed on March 2, 2020. In this plea agreement, Diaz pled guilty to racketeering conspiracy, admitted responsibility for the murder of Charles Berrios, and agreed that he should receive a sentence of 35 years imprisonment. The remaining defendants remain set for trial in June 2020.

Defendant Jonathan Arevalo, who is set for trial in *U.S. v. Diaz, et al*, in June 2020.

5. In January 2020, counsel for the government emailed the names of the cooperating defendants to the attorneys for all of the defendants in the *Diaz* case, but not to the defendants themselves. Due to recent changes to Court procedures in the Northern District of Indiana, plea agreements containing cooperating language of defendants are no longer filed on CM/ECF. This change in procedure was due to concerns of witness intimidation and retaliation for defendants that were cooperating, in addition to avoid harassment or threats to their family and friends. To encourage future defendants to consider pleading guilty, defense counsels of remaining defendants were notified of the defendants that had pled and were in fact cooperating with the government..

6. On the afternoon of February 17, 2020, FBI Special Agent (S/A) John Tallarico reviewed materials that had been posted to Facebook earlier that day. These Facebook posts were shown to FBI S/A Tallarico by Individual A, who is related to certain cooperating defendant(s). A Facebook account that is operated by Individual B had posted photographs of the aforementioned email from government counsel listing the names of four cooperating defendants in *United States v. Manuel Diaz, et al.*, 2:17 CR 138

7. The aforementioned Facebook post contained the following language above the photographs of the document listing the cooperating defendants: "Woooah ima just leave this right here. Free The Real."

8. Other Facebook accounts made comments below the photographs. These comments included the following:

   a. "I love this put the rats on blast. Mfs don't be on it no more. Much love" by one account.

   b. "But my brother was snitching? FREEE THE MF REALLL." by a different account.

   c. "SNAKE ASS BITCHES" by a different account.

9. Through investigation, the FBI learned that earlier on the same day, February 17, 2020, at approximately 9:07 a.m., Defendant Manuel Diaz, who was in custody at the Hammond City Jail, received a visit from a female.

10. Your affiant reviewed the video of this jail visit along with FBI SA Keane Roman. The video shows that the female took out a cell phone and held the phone up to the glass separating her from Diaz, enabling her to take photographs through the glass. FBI SA Roman identified the female as Janette INGRAM. FBI SA Roman had previously met INGRAM during an interview on October 4, 2017. In addition, the female in the video matches the photograph obtained from the Illinois Secretary of State of the driver's license of Janette INGRAM.

5

11. On February 17, 2020, at approximately 2:30 P.M., Defendant Jonathan Arevalo, who is presently incarcerated at Lake County Jail, had a remote video visitation with Adriana Estrada, in which INGRAM was present. Your affiant, as well as FBI SA Keane Roman, positively identified INGRAM in the video. During the visitation, INGRAM explains that she went to visit Defendant Manuel Diaz (referred to by INGRAM as "CHANGO," an alias believed by law enforcement to refer to Manuel Diaz).

12. During this video conference, INGRAM and Defendant Jonathan Arevalo then engage in a dialogue in the Spanish language. The dialogue was translated by FBI SA Keane Roman, who speaks the Spanish language, but has not been officially tested by the Federal Bureau of Investigation. At the approximate 1 minute and 4 second mark of the video visitation, INGRAM states that Defendant Manuel Diaz had received documents that listed the four cooperating defendants. INGRAM then states that Defendant Manuel Diaz gave her the paper (interpreted by law enforcement to mean that he showed her the paper), and she physically motions with her phone, indicating she was reading from it. INGRAM proceeds to name the four cooperating defendants, and states that the following defendants have entered into a cooperation agreement with the government. INGRAM goes on to state that Defendant Manuel Diaz's attorney gave him the document, and that she took photographs of the document. At the approximate 21 minutes and 5 second

6

mark of the video visitation, INGRAM states in the English language, "I sent the fucking pictures and stuff and now everybody is talking shit, like damn nobody want to be my friend no more, they talking about... hey man it aint my fault your baby daddy a trick, you know don't blame me, that's society you know." The word "trick" is known to law enforcement to refer to an individual who has provided information to law enforcement.

13. As set forth above in paragraphs 6 through 8, on February 17, 2020, the photographs of the document listing the cooperating defendants was posted to the Facebook account that is operated by Individual B. The following day, on February 18, 2020, at approximately 6:09 PM, Defendant Jonathan Arevalo called his sister, INGRAM. In this call, Defendant Arevalo explains that he had a conversation with one of the cooperating defendants, wherein he confronted the cooperating defendant about taking a cooperation plea. At the approximate 1 minute and 20 second mark of the call, INGRAM interjects into the conversation and tells Defendant Arevalo to explain to the cooperating defendant "hey there's a picture of you out there, your name is on that list," referring to the list of cooperating defendants. At the approximate 1 minute and 45 second mark of the call, Defendant Arevalo explains that, while having a conversation with another inmate, he indicated that the cooperating defendant was "bogus." Defendant Arevalo further explains at the 2 minute and 18 second

7

mark of the call that the cooperating defendant was "salty as hell – he got put on blast. My sis put him on blast."  At the approximate 2 minute 25 second mark of the call, INGRAM states, "I told everybody I want all that smoke – them motha fuckas hiding and shit, like nah."  It is believed by law enforcement that this conversation directly referenced INGRAM taking a picture of the list of the cooperating defendants, and subsequently disseminating the list.

14.  Your Affiant is aware the criminal organizations such as the Latin Dragon Nation seek out members and associates that cooperate with law enforcement. As stated above, as part of the RICO Conspiracy, the members and associates were engaged in witness tampering. Specially, Joseph Roggenkamp was charged in the RICO Conspiracy with threatening a witness to murder (Charles Berrios) in which Manuel Diaz was charged. Commonly gang members seek documentation to support suspicion on those cooperating witnesses. Once armed with the documentation, the members and associates of the gang circulate the documentation to threaten or harass the cooperating witnesses and their friends and family.

15.  The four listed cooperating defendants in *U.S. v. Diaz, et al* are incarcerated. Circulating the documentation of their cooperation will subject these cooperating inmates to harassment or worse by other inmates. All four cooperating defendants have agreed to testify as witness in *U.S. v. Diaz, et al*

8

*case*. Exposing the cooperating defendants at this time can affect their willingness to testify. In addition, circulating the documentation of cooperating witness to will discourage other defendants from entering into cooperation agreements with the government and further impede the prosecution in *Diaz, et al*, case.

## CONCLUSION

Based upon the information contained in this Affidavit, probable cause exists to believe that on or about February 17, 2020, in the Northern District of Indiana, Janette INGRAM conspired with others known and unknown to your Affiant, including Manuel Diaz and Individual B, to corruptly obstruct, influence, and impede an official proceeding, namely *United States v. Manuel Diaz, et al.*, No. 2:17-CR-138 (N.D. Ind.), in violation of Title 18, United

//
//
//
//
//
//
//
//
//

States Code, Section 1512(c)(2), all in violation of Title 18, United States Code, Section 1512(k).

FURTHER AFFIANT SAYETH NAUGHT.

*[signature]*

SAM MOSINIAK, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn to
before me this 6th day
of March 2020.

s/Joshua P. Kolar

HONORABLE JOSHUA P. KOLAR
UNITED STATES MAGISTRATE JUDGE